## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
Northern District of Georgia

Case Number: 1:21-CV-1393

Plaintiff:
**MCProHosting, LLC**

vs.

Defendant:
**Pearson Wright
and Hytale Hub, LLC**

For:
Matthew Leonard
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
3414 Peachtree Road NE
Suite #1600
Atlanta, GA 30306

Received by Ancillary Legal Corporation on the 22nd day of April, 2021 at 2:15 pm to be served on **Hytale Hub, LLC c/o Legalinc Corporate Services, Inc. , registered agent, 1870 The Exchange, Suite 200-44, Atlanta, GA 30339**.

I, William Collier, being duly sworn, depose and say that on the **23rd day of April, 2021** at **2:30 pm, I:**

served Hytale Hub, LLC c/o Legalinc Corporate Services, Inc. , registered agent by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, PROOF OF SERVICE, PETITION FOR ORDER CONFIRMING ARBITRATION AWARD, CERTIFICATE OF COMPLIANCE with EXHIBITS 1,A-G,2** to: **Eric Still** as **Authorized to Accept** for **Hytale Hub, LLC**, at the address of: **1870 The Exchange, Suite 200-44, Atlanta, GA 30339**.

**Additional Information pertaining to this Service:**
4/23/2021  2:38 pm  Served Eric Still who is a white male, approximately 60 years of age, 5'10" tall and weighing approx 165 lbs. He has salt and pepper hair and is not wearing glasses.

## AFFIDAVIT OF SERVICE For 1:21-CV-1393

I am an agent of Ancillary Legal Corporation and am competent in all respects to testify regarding the matters set forth herein. I have personal knowledge of the facts stated herein and know them to be true.I have no interest in the outcome of this action and am not related to any of the parties. I am 18 or more years of age and am authorized to serve process.



OFFICIAL SEAL
Thomas J Diggins
NOTARY PUBLIC-GEORGIA
Gwinnett County COUNTY
My Comm. Expires February 8th, 2025

Subscribed and Sworn to before me on the 26th day of ___April___ , 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**William Collier**
Process Server

**Ancillary Legal Corporation**
**2900 Chamblee Tucker Road**
**Building 13**
**Atlanta, GA 30341**
**(404) 459-8006**

Our Job Serial Number: ANC-2021004621
Ref: 2950390.000001

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1t