IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MCProHosting, LLC, | ) |
|     Plaintiff/Complainant, | ) ) ) ) |
| v. | ) CIVIL ACTION FILE NO: 1:21-cv-01393-TWT ) ) |
| Pearson Wright and Hytale Hub, LLC, | ) ) ) ) |
|     Defendants/Respondents. | ) |

**ORDER AND JUDGMENT**

This matter comes before the Court on Petition for Order Confirming Arbitration Award submitted by Petitioner/Complainant MCProHosting LLC ("Complainant"). The Court considered:

1. Complainant's Petition for Order Confirming Arbitration Award;

2. The Declaration of Michael P. Matesky, II and Exhibits thereto;

3. Complainant's Motion for Entry of Order Confirming Arbitration Award and Judgment Thereon;

4. The Second Declaration of Michael P. Matesky, II and Exhibits thereto;

5. The Declaration of Matthew J. Leonard and Exhibits thereto; and

6. Complainant's Affidavit of Service on Respondent Hytale Hub, LLC.

1

I.   **ORDER AND JUDGMENT CONFIRMING ARBITRATION AWARD**

It appearing that this Court has jurisdiction over this matter, over Respondent Pearson Wright, and over Respondent Hytale Hub, LLC ("Respondents") under the Federal Arbitration Act, 9 U.S.C. § 1, *et. seq.*, and the applicable Federal Rules of Civil Procedure, and that all requirements thereof have been satisfied, it is hereby ORDERED that the Final Award of Arbitrator dated March 4, 2021, in Case No. **01-20-0015-2102** before the American Arbitration Association, a copy of which is attached to this Order and Judgment as Attachment A, is hereby CONFIRMED in its entirety.

It is further hereby ADJUDGED, ORDERED, and DECREED that:

1. "Respondent Hytale Hub, LLC ("Respondent Hytale Hub") is a proper party to this proceeding."

2. "Claimant [MCProHosting LLC] is awarded $11,200 as damages for breach of contract, comprised of $10,000 for its claim for breach of the Agreement's payment obligations, as well as $1,200 in associated late fees as provided for in the Agreement."

3. "In addition, as the prevailing party, Claimant [MCProHosting LLC] is awarded litigation costs and fees in the amount of $14,486.53, which…were reasonably incurred in the prosecution of [the arbitration]."

4. "The above sums are awarded against Respondents, jointly and severally, and are to be paid on or before thirty (30) days from the date of th[e] Award."

5. "The administrative filing fees of the American Arbitration Association, totaling $3,500.00, and the compensation of the arbitrator, totaling $2,660.00, shall be borne jointly and severally by Respondents Hytale Hub, LLC and Pearson Wright. Therefore, Respondents Hytale Hub, LLC and Pearson Wright, jointly and severally, shall reimburse Claimant MCProHosting, LLC the sum of $6,160.00, representing that portion of said fees previously incurred by Claimant [MCProHosting, LLC]."

It is further hereby ADJUDGED, ORDERED, and DECREED that "Respondents, their officers, agents, servants, employees and attorneys, and any other persons who are in active concert or participation with any of them:

1. are enjoined from directly or indirectly offering or providing, or aiding, encouraging or directing any third party to offer or provide, any server hosting services through Respondent Hytale Hub or the HytaleHosting.org website (the "Hytale Hosting Website"), including any trial or demonstration services, until such time as Respondents have paid Claimant

3

[MCProHosting, LLC] the $11,200 amount specified as damages in this Award;

2. are enjoined from copying, distributing, displaying, performing or otherwise exploiting or using in commerce any textual, graphic, or other content currently or previously available via the Hytale Hosting Website, unless Claimant [MCProHosting, LLC] has provided approval for such use in accordance with Section IV.B.5 of the Agreement and provided that Wright is not restricted from any such use solely for the purpose of complying with obligations set forth in this Award; and

3. are directed to cause the Hytale Hosting Website, including all URLs and subdomains of the HytaleHosting.org domain, to either (a) display no content at all, or (b) display only a single landing page through which no services are offered or advertised (but which may state that the site is undergoing renovations and/or will be available soon), until such time as Claimant [MCProHosting, LLC] provides written approval for a proposed site redesign in accordance with Sections IV.B.4 & IV.B.5 of the Agreement."

## II.   ENTRY OF JUDGMENT

Pursuant to 9 U.S.C. § 13, the Clerk is directed to enter this JUDGMENT on the docket as if rendered in an action before this Court.

## III.   JUDGMENT SUMMARY

Judgment shall be summarized as follows:

**Judgment Creditor:** MCProHosting, LLC.

**Attorneys for Judgment Creditor:** Matthew J. Leonard and Joshua Tropper of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., and Michael P. Matesky, II of Matesky Law PLLC.

**Judgment Debtors:** Pearson Wright and Hytale Hub, LLC (jointly and severally)

**Attorney for Judgment Debtor:** N/A

**Principal Judgment Amount:** $31,846.53 with interest at 7% per annum.

DATED: This 14 day of September, 2021.

JUDGE THOMAS W. THRASH, JR.

Order Submitted By:
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
Matthew J. Leonard (Georgia Bar No. 101944)
Joshua Tropper (Georgia Bar No. 716790)
Monarch Plaza, Suite 1500

3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
Ph: 404-577-6000
Fax: 404-221-6501
Email: mleonard@bakerdonelson.com
       jtropper@bakerdonelson.com

*Attorneys for Plaintiff MCProHosting, LLC*